IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **99-cv-2127-JLK**

**CHARLES KAMMERER,**

    Plaintiff,

v.

**ENESCO CORPORATION,**

    Defendant.

## ORDER

Kane, J.

In light of the long delay in ruling on Defendant's Motion for Summary Judgment, it appears prudent to ask the parties to prepare brief supplemental filings to apprise me of the status of this dispute and to offer any supplemental authority for their respective positions on the Motion. To the extent either side wishes to supplement the papers already in the record, it should do so on or before October 31, 2005.

I sincerely regret the delay and will give this case priority as soon as any supplemental filings are received.

Dated this 17th day of October, 2005.

                BY THE COURT:

                S/**John L. Kane**
                Senior Judge, United States District Court