## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 99-cv-2127-JLK-OES

**CHARLES KAMMERER**,

Plaintiff,

v.

**ENESCO CORPORATION**,

Defendant.

___

### ORDER OF DISMISSAL WITH PREJUDICE
___

The parties, by and through their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41 (a)( 1), have stipulated that this action shall be dismissed with prejudice, each party to bear his or its own costs and attorneys' fees. In furtherance thereof, the parties have stipulated and agreed that the Court will retain jurisdiction of the action for purposes of enforcing the terms of the parties' settlement agreement.  Accordingly,

IT IS ORDERED that this case is hereby dismissed WITH PREJUDICE, each party to bear his and its own attorneys fees and cost; and it is

FURTHER ORDERED that this Court shall retain jurisdiction to enforce the settlement entered into between the parties, should judicial enforcement become necessary in the future.

Dated:  April 28, 2006

                                                       **s/John L. Kane**
                                                       SENIOR U.S. DISTRICT JUDGE